UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AON ERISA LITIGATION | Master Docket No. 04 C 6875<br><br>Judge Charles R. Norgle |

PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1. Plaintiffs hereby move the Court for entry of an Order: (1) preliminarily approving the Class Action Settlement Agreement dated as of April 8, 2010; (2) approving the form and method for providing notice of the settlement to the Class Members; and (3) scheduling a final settlement hearing.

2. This motion is based upon the Class Action Settlement Agreement and all Exhibits attached thereto, the [Proposed] Findings and Order Preliminarily Approving Proposed Settlement, Approving Form and Dissemination of Class Notice, and Setting Date for Hearing on Final Approval, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

3. Defendants do not oppose this motion.

**WHEREFORE** it is respectfully requested the Court enter the [Proposed] Findings and Order Preliminarily Approving Proposed Settlement, Approving Form and Dissemination of Class Notice, and Setting Date for Hearing on Final Approval, a copy of which is attached hereto and as Exhibit 1 to the Class Action Settlement Agreement.

570470

Dated: April 9, 2010

        **WOLF HALDENSTEIN ADLER**
        **FREEMAN & HERZ LLC**


        /s/ Adam J. Levitt
        Adam J. Levitt
        55 West Monroe Street, Suite 1111
        Chicago, Illinois 60603
        (312) 984-0000 (t)
        (312) 984-0001 (f)

        Michael Jaffe
        Scott J. Farrell
        **WOLF HALDENSTEIN ADLER**
         **FREEMAN & HERZ LLP**
        270 Madison Avenue
        New York, New York 10016
        (212) 545-4600 (t)
        (212) 545-4563 (f)

        *Plaintiffs' Class Counsel*