UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE AON ERISA LITIGATION

Master Docket No. 04 C 6875

Judge Charles R. Norgle

**CLASS COUNSEL'S MOTION FOR (1) AN AWARD OF
ATTORNEYS' FEES AND EXPENSES; AND
(2) COMPENSATION AWARDS TO THE NAMED PLAINTIFFS**

Class Counsel, pursuant to Rule 23 of the Federal Rules of Civil Procedure respectfully move this Court to enter Orders and/or Judgments: (1) granting an award of attorneys' fees and reimbursement of litigation expenses; and (2) approving compensation awards to the Named Plaintiffs. This motion is based on the Memorandum of Law and Declaration of Adam J. Levitt submitted in support thereof, the Class Action Settlement Agreement, dated April 8, 2010 (Docket No. 262), all other pleadings and matters of record, and such additional evidence or argument that may be presented at the hearing on this matter.

Dated: September 3, 2010

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC

/s/ Adam J. Levitt
Adam J. Levitt
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
(312) 984-0000 (t)
(312) 984-0001 (f)

581928.v5

Michael Jaffe
Scott J. Farrell
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
(212) 545-4600 (t)
(212) 545-4563 (f)

*Plaintiffs' Class Counsel*

581928.v5